UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60522-CIV-COHN

ROOSEVELT JOHNSON,

Magistrate Judge White

     Plaintiff,

vs.

CITY OF FORT LAUDERDALE, et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Supplemental Report of Magistrate Judge Patrick A. White [DE 15].  The Court notes that the Plaintiff, Roosevelt Johnson, did not file objections to the Report by the deadline of June 12, 2009.

This Supplemental Report follows the filing by Plaintiff of an amended complaint [DE 12/13] in response to the Magistrate's Preliminary Report [DE 5].  The Court has conducted a de novo review of the supplemental report and recommendation, and is otherwise fully advised in the premises.  This Court agrees with the reasoning, analysis and conclusions of the Magistrate Judge, who reviewed the Amended Complaint pursuant to 28 U.S.C. § 1915e(2)(B).  The Magistrate concluded that Plaintiff's operative pleading should be the Amended Complaint [DE 13] and proceed against the four police officers in their individual capacities.

This Court agrees that the Amended Complaint shall proceed against the four police officers in their individual capacities.   As stated in its prior order following the Preliminary Report, the Court agrees that Plaintiff has failed to state a claim upon which relief can be granted against Defendants City of Fort Lauderdale and City of Fort

Lauderdale Police Department [DE 14].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Magistrate Judge's Report and Recommendation [DE 15] is hereby

**ADOPTED**;

2.      The claims of excessive force under the Fourth Amendment proceed against

Defendants Gaffey, Moceri, Smith and Swisher in their individual capacities.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 15th day of June, 2009.

JAMES I. COHN
United States District Judge

copies to:

Roosevelt Johnson, pro se
DC #655599
Calhoun Correctional Institution
19562 S.E. Institutional Drive
Blountstown, FL 32424

2